IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| LIJUN LIU,<br><br>Room 302, Unit 1, Building 22<br>Tidujiayuan, Yuelu District, Changsha<br>Hunan Province, China<br><br>　　　　　Plaintiff,<br>　v.<br><br>ANTONY J. BLINKEN, Secretary of<br>State, United States Department of State<br>("USDOS"),<br><br>Serve:  Executive Office<br>　　　　Office of the Legal Adviser<br>　　　　Suite 5.600<br>　　　　600 19th St. NW<br>　　　　Washington, DC 20522<br><br>IAN G. BROWNLEE, Acting Assistant<br>Secretary, Bureau of Consular Affairs at<br>USDOS,<br><br>Serve:  Executive Office<br>　　　　Office of the Legal Adviser<br>　　　　Suite 5.600<br>　　　　600 19th St. NW<br>　　　　Washington, DC 20522<br><br>TRACY RENAUD, Senior Official<br>Performing the Duties of the Director,<br>United States Citizenship and Immigration<br>Services ("USCIS"),<br><br>Serve:  Office of General Counsel<br>　　　　U.S. Citizenship & Immigration<br>　　　　Services<br>　　　　425 I Street, NW, Room 6100<br>　　　　Washington, DC 20536<br><br>and | CASE NO.<br><br>COMPLAINT FOR WRIT OF MANDAMUS<br>AND RELIEF UNDER THE<br>ADMINISTRATIVE PROCEDURE ACT |

1

COMPLAINT

KATHY A. BARAN, Director, California          )
Service Center at USCIS                        )
                                               )
                                               )
Serve: Office of General Counsel               )
        U.S. Citizenship & Immigration         )
        Services                               )
        425 I Street, NW, Room 6100            )
        Washington, DC 20536                   )
                                               )
                                               )
                Defendants.                    )

## COMPLAINT FOR WRIT OF MANDAMUS AND RELIEF UNDER THE ADMINISTRATIVE PROCEDURE ACT

### I.    INTRODUCTION

1. This is an individual action for relief seeking a writ of mandamus and or relief under the Administrative Procedure Act ("APA") to compel Defendants, their employees and agents to action on Plaintiff's approved Form I-526 Immigrant Petition by Alien Entrepreneur. Pursuant to 8 U.S.C. § 1186b(a), Plaintiff's approved I-526 petition makes her eligible for an employment-based immigrant visa, allowing her to immigrate to the United States as a legal permanent resident. Defendants have unlawfully withheld appropriate action on the approved petition.

2. Plaintiff's approved Form I-526, receipt number WAC-15-901-39250, with a priority date of January 20, 2015, was forwarded to the National Visa Center ("NVC") on January 30, 2017. Plaintiff's visa category is that of an investor in a targeted employment area.  *See* Immigration and Nationality Act ("INA"), 8 U.S.C. § 1153(b)(5)(ii).

3. Plaintiff's priority date has been current since December 1, 2019; however, despite repeated inquiries and follow-ups, the National Visa Center ("NVC"), which is under the direction of the Bureau of Consular Affairs at the U.S. Department of State, has refused to initiate fee bills

COMPLAINT

and allow Plaintiff to submit the necessary documents and forms which will enable her to consular process.

4. As a result of Defendants inaction, Plaintiff has been denied the opportunity to consular process and become a lawful permanent resident, despite her approved petition.

5. Defendants are charged by law with the statutory obligation to initiate and process all the initial paperwork and document requirements for the consular visa process within a reasonable time but have failed to act in accordance with their statutory duties.

6. Plaintiff has exhausted all official and non-official avenues to remedy the harm alleged herein but the efforts and costs incurred while making those efforts have not resulted in appropriate relief.

## II. JURISDICTION

7. This Honorable Court has federal question jurisdiction over this cause pursuant to this 28 U.S.C. § 1331, as it raises claims under the INA, 8 U.S.C. § 1101 et. seq., and the APA, 5 U.S.C. § 701 et seq., in conjunction with the Mandamus Act, 28 U.S.C. § 1361.

## III. VENUE

8. Venue in the United States District Court, District of Columbia is proper pursuant to 28 U.S.C. §§ 1391(e)(1) and (e)(2). Defendants are officers or employees of U.S. government agencies, wherein at least one defendant resides and the agencies responsible for the events are centralized in this district.

COMPLAINT

## IV. PARTIES

9. Plaintiff LIJUN LIU is a citizen of China and currently resides in China. She has invested $500,000.00 in U.S. enterprises and has an approved I-526 petition with a current priority date based upon her investment and job creation in the United States.

10. Defendant ANTONY J. BLINKEN, Secretary of State Department of State, is responsible for implementation and administration of the President's foreign policies through the State Department, including the facilitation of lawful travel to the United States.

11. Defendant IAN G. BROWNLEE is Acting Assistant Secretary, Bureau of Consular Affairs. Acting Assistant Secretary BROWNLEE's authority and duties are delegated to him by Secretary of State BLINKEN.

12. Defendant TRACY RENUAD is the Senior Official Performing the duties of the Director at the United States Citizenship and Immigration Services, responsible for implementing the duties of the agency, including processing employment-based immigrant petitions and forwarding approved petitions to the National Visa Center.

13. Defendant KATHY A. BARAN is the Director of the California Service Center at the United States Citizenship and Immigration Service, responsible overseeing operations at the Center, including the processing of employment-based immigration petitions and forwarding approved petitions to the National Service Center.

14. All government defendants are sued in their official capacity.

COMPLAINT

## V.  FACTUAL ALLEGATIONS

14. Plaintiff is a native and citizen of China. She submitted her Form I-526 Immigrant Petition by Alien Entrepreneur, receipt number WAC-15-901-39250, on January 15, 2015. The priority date of Plaintiff's petition is January 20, 2015.  *See* Ex. 1 (I-526 Receipt Notice).

15. Plaintiff's I-526 petition was predicated on her $500,000.00 investment in CMB North Dakota Infrastructure Investment Group 32, LP, a commercial enterprise operating under the CMB Export LLC and UND Center for Innovation Foundation Regional Center, initiated in April 2014.

16. Plaintiff's I-526 was approved by the United States Citizenship and Immigration Service ("USCIS") California Service Center on September 29, 2016.  *See* Ex. 2 (I-526 Approval Notice).

17. USCIS sent Plaintiff's approved I-526 petition to the NVC on January 30, 2017. Plaintiff's visa category is that of an investor in a targeted employment area, Section 203(b)(5)(ii) of the INA.

18. Plaintiff's priority date became current on December 1, 2019.  *See* Ex. 3 (Visa Bulletin for December 2019).

19. Plaintiff has made numerous inquiries with Defendants over the last year, requesting Defendants issue the fee bills which commences the processing of her immigrant visa application.

20. In response to an NVC email in April 2020 stating that their agency had no record of the approved petition, the Plaintiff forwarded a copy of the I-526 approval notice directly to the NVC for processing. The NVC provided no answer.

21. In June 2020, Plaintiff again sent a copy of the I-526 approval notice with an inquiry requesting the agency issue the fee bills to begin the immigrant visa process.

22. The response from the NVC on or about July 8, 2020 states that they have no updated information on this petition.

23. On July 29, 2020, Plaintiff submitted an inquiry to the USCIS Immigrant Investor Program, and they confirmed that the I-526 approval for WAC1590139250 was sent to the NVC on January 30, 2017. USCIS confirmed that a request to resend the approved petition to the NVC was submitted to the appropriate division and that any further contact should be directed to the NVC in relation to the status of the immigrant visa. *See* Exh. 4 (Email Correspondence with USCIS).

24. On July 31, 2020, Plaintiff again re-sent the NVC a copy of the I-526 approval notice along with an inquiry, requesting the agency issue the fee bills to being the immigrant visa process.

25. To date there has been no response from the NVC in regard to the processing of this petition.

## VI. CLAIMS FOR RELIEF

## CAUSE OF ACTION

*VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 706 AS TO*

*PLAINTIFF'S APPROVED I-526 PETITION*

26. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs above, inclusive. Plaintiff seeks an order compelling NVC to create a case in their system, issue fee bills so that Plaintiff may apply for an immigrant visa.

27. Plaintiff is aggrieved by agency action under the Administrative Procedure Act, 5 U.S.C. § 701 et. seq. for the reasons set forth below. Courts may provide relief under the Act if the Plaintiff shows (1) the defendant has a clear duty to act; (2) the plaintiff has a clear right to the

6

COMPLAINT

relief she is seeking; and (3) the plaintiff has no other adequate remedy available. *See Fornaro v. James*, 416 F.3d 63, 69 (D.C.Cir. 2005)

28. The APA provides that "within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b).  Thus, "[t]he APA imposes a general but nondiscretionary duty upon an administrative agency to pass upon a matter presented to it 'within a reasonable time,' 5 U.S.C. § 555(b), and authorizes a reviewing court to 'compel agency action unlawfully withheld or unreasonably delayed,' *id*. § 706(1)." *Nine Iraqi Allies Under Serious Threat Because of Their Faithful Serv. to the United States v. Kerry*, 168 F. Supp. 3d 268, 293 (D.D.C. 2016) (citing *Fort Sill Apache Tribe v. Nat'l Indian Gaming Comm'n*, 103 F.Supp.3d 113, 118–19 (D.D.C.2015)).

29. Defendants' practices, policies, conduct, and failures to properly act upon Plaintiff's approved petition violate the Administrative Procedure Act, 5 U.S.C. § 702 and 706 because proper agency action has been unlawfully withheld and unreasonably delayed under § 706(1).

30. Plaintiff's I-526 was approved by the United States Citizenship and Immigration Service ("USCIS") California Service Center on September 29, 2016 and sent to the NVC on January 30, 2017.  Once the USCIS so classifies the alien, the agency refers the alien to the NVC, which handles the processing of the visa application.  *See* 8 U.S.C. §§ 1201(a)(1), 1202(a); *see also* U.S. Dep't of State, *After Your Petition is Approved*, https://travel.state.gov/content/travel/en/us-visas/immigrate/the-immigrant-visa-process/after-petition-approved.html; 9 FAM 504.1-2(a)(1) ("Upon receipt of an approved petition granting an alien immediate relative or preference status, the National Visa Center (NVC) *must* send the alien beneficiary the Instruction Package (formerly Packet 3) or "Notice of Registration as an Intending Immigrant" letter (formerly Packet 3A) notifying the beneficiary of

receipt of the petition and advising the alien what steps, if any, to take in applying for a visa.")
(emphasis added).

31. Defendants' have a duty under the INA and APA to process Plaintiff's approved and current I-526 petition in a reasonable, non-arbitrary manner within a reasonable amount of time. The Plaintiff has been deprived of this clear right for over one year by the Defendants.

32. Defendants have acted arbitrarily, capriciously and contrary to law in violation of the APA by failing to proceed on the immigrant visa process predicated upon the approved and current I-526 petition in a reasonable amount of time. *See* 5 U.S.C. 555(b).

33. Plaintiff has exhausted all administrative remedies that may exist.

34. Defendants' unreasonable and unlawful refusal to act on Plaintiff's approved and current I-526 petition has caused severe financial, physical and emotional harm to the Plaintiff.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays for the following relief from the Court:

1. That this Honorable Court assume Jurisdiction of this action;

2. Compel the Defendants and those acting under their control to create a case in their system and issue fee bills in response to the Plaintiff's approved I-526 petition;

3. Order the Defendants to act on Plaintiff's approved I-526 petition within thirty (30) days;

4. Maintain jurisdiction over this action until such time as Defendants have begun processing Plaintiff's approved I-526, facilitating the immigrant visa process;

5. Grant attorney's fees and costs of court under the Equal Justice Act, 28 U.S.C. § 2412, 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and other authority; and

COMPLAINT

6.     Grant such other and further relief as this court deems proper under the circumstances.

Dated:   February 26, 2021                    Respectfully submitted,

                                              MURRAY OSORIO PLLC

                                              /s/ Alexandra Williams
                              By:             _____
                                              ALEXANDRA WILLIAMS
                                              Attorney for Plaintiff
                                              4103 Chain Bridge Road, Suite 300
                                              Fairfax, VA 22030
                                              Tel: (703) 352-2399
                                              Fax: (703) 763-2304
                                              alexandra@murrayosorio.com
                                              Bar #1618869


                                              REEVES IMMIGRATION LAW GROUP

                                              /s/ Sara N. Cross
                              By:             _____
                                              SARA N. CROSS*
                                              Attorney for Plaintiff
                                              2 North Lake Avenue, Suite 950
                                              Pasadena, California 91101-1871
                                              Tel: (626) 795-6777
                                              Fax: (626) 795-6999
                                              scross@rreeves.com

                                              *pro hac vice forthcoming

9

COMPLAINT

### INDEX OF EXHIBITS

| Exhibit | Descriptor | Pages |
|---------|-----------|-------|
| Exhibit 1 | I-526 Receipt Notice, Number WAC-15-901-39250 | 1 |
| Exhibit 2 | I-526 Approval Notice | 2 |
| Exhibit 3 | Visa Bulletin December 2019 | 3-11 |
| Exhibit 4 | Email Response From USCIS, July 29, 2020 | 12-13 |

10

COMPLAINT