# EXHIBIT 1

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 22, 2015 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-526, Immigrant Petition by Alien Entrepreneur | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| WAC1590139250 | January 20, 2015 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| January 20, 2015 | 203 B5 I-526 | September 11, 1958 |

LIJUN LIU
C/O MEIXUAN ZHANG REEVES MILLER ZHANG AND DIZA
TWO NORTH LAKE AVENUE FLR 9TH
PASADENA, CA 91101

**PAYMENT INFORMATION:**

Application/Petition Fee: $1,500.00
Biometrics Fee: $0.00
Total Amount Received: $1,500.00
Total Balance Due: $0.00



**NAME AND MAILING ADDRESS**

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| California Service Center | ATTORNEY COPY |
| P.O. Box 30111 |  |
| Laguna Niguel, CA 92607-0111 | |

1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y

# EXHIBIT 2

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| RECEIPT NUMBER<br>WAC-15-901-39250 | | CASE TYPE I526 IMMIGRANT PETITION BY ALIEN ENTREPRENEUR |
|---|---|---|
| RECEIPT DATE<br>January 22, 2015 | PRIORITY DATE<br>January 20, 2015 | APPLICANT<br>LIU, LIJUN |
| NOTICE DATE<br>September 29, 2016 | PAGE<br>1 of 1 | |

MEIXUAN ZHANG  
REEVES MILLER ZHANG AND DIZA  
TWO NORTH LAKE AVENUE FLR 9TH  
PASADENA CA 91101

**Notice Type:** Approval Notice  
Section: Investor - Target employment area, 203(b)(5)(C)(ii) INA

This notice is to advise you of action taken on this case. The official notice has been mailed according to the mailing preferences noted on the Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. Any relevant documentation was mailed according to the specified mailing preferences.

The above petition has been approved.

We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action and also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

Please read the back of this form carefully for more information.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.  
USCIS  
CALIFORNIA SERVICE CENTER  
P. O. BOX 30111  
LAGUNA NIGUEL    CA    92607-0111  
**Customer Service Telephone: (800) 375-5283**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y

# EXHIBIT 3



*United States Department of State*
*Bureau of Consular Affairs*

# VISA BULLETIN

<u>Number 36 Volume X</u>                                                                 <u>Washington, D.C.</u>

IMMIGRANT NUMBERS FOR DECEMBER 2019

A.   <u>STATUTORY NUMBERS</u>

This bulletin summarizes the availability of immigrant numbers during <u>December</u> for: "Final Action Dates" and "Dates for Filing Applications," indicating when immigrant visa applicants should be notified to assemble and submit required documentation to the National Visa Center.

Unless otherwise indicated on the U.S. Citizenship and Immigration Services (USCIS) website at <u>www.uscis.gov/visabulletininfo</u>, individuals seeking to file applications for adjustment of status with USCIS in the Department of Homeland Security must use the "Final Action Dates" charts below for determining when they can file such applications. When USCIS determines that there are more immigrant visas available for the fiscal year than there are known applicants for such visas, USCIS will state on its website that applicants may instead use the "Dates for Filing Visa Applications" charts in this Bulletin.

1. Procedures for determining dates. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; USCIS reports applicants for adjustment of status. Allocations in the charts below were made, to the extent possible, in chronological order of reported priority dates, for demand received by November <u>8th</u>. If not all demand could be satisfied, the category or foreign state in which demand was excessive was deemed oversubscribed. The final action date for an oversubscribed category is the  priority date of the first applicant who could not be reached within the numerical limits. If it becomes necessary during the monthly allocation process to retrogress a final action date, supplemental requests for numbers will be honored only if the priority date falls within the new final action date announced in this bulletin. If at any time an annual limit were reached, it would be necessary to immediately make the preference category "unavailable", and no further requests for numbers would be honored.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000.  The worldwide level for annual employment-based preference immigrants is at least 140,000.  Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620.  The dependent area limit is set at 2%, or 7,320.

3.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas:  CHINA-mainland born, EL SALVADOR, GUATEMALA, HONDURAS, INDIA, MEXICO, PHILIPPINES, and VIETNAM.

3

4. Section 203(a) of the INA prescribes preference classes for allotment of Family-sponsored immigrant visas as follows:

**FAMILY-SPONSORED PREFERENCES**

**First**:  (**F1**) Unmarried Sons and Daughters of U.S. Citizens:  23,400 plus any numbers not required for fourth preference.

**Second**:  Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents:  114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, plus any unused first preference numbers:

A. (**F2A**) Spouses and Children of Permanent Residents:  77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. (**F2B**) Unmarried Sons and Daughters (21 years of age or older) of Permanent Residents:  23% of the overall second preference limitation.

**Third**:  (**F3**) Married Sons and Daughters of U.S. Citizens:  23,400, plus any numbers not required by first and second preferences.

**Fourth**:  (**F4**) Brothers and Sisters of Adult U.S. Citizens:  65,000, plus any numbers not required by first three preferences.

### A. FINAL ACTION DATES FOR FAMILY-SPONSORED PREFERENCE CASES

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| **Family-Sponsored** | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 15MAY13 | 15MAY13 | 15MAY13 | 08AUG97 | 01NOV08 |
| F2A | C | C | C | C | C |
| F2B | 08AUG14 | 08AUG14 | 08AUG14 | 22AUG98 | 01DEC08 |
| F3 | 08NOV07 | 08NOV07 | O8NOV07 | 22FEB96 | 01SEP98 |
| F4 | 01FEB07 | 01FEB07 | 01NOV04 | 15DEC97 | 15DEC98 |

**B.    DATES FOR FILING FAMILY-SPONSORED VISA APPLICATIONS**

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date earlier than the application date in the chart below may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file applications, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit www.uscis.gov/visabulletininfo for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 4.A.) this month for filing applications for adjustment of status with USCIS.

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 15NOV13 | 15NOV13 | 15NOV13 | 15NOV99 | 01MAY09 |
| F2A | 01OCT19 | 01OCT19 | 01OCT19 | 01OCT19 | 01OCT19 |
| F2B | 08FEB15 | 08FEB15 | 08FEB15 | 22APR99 | 01JUN09 |
| F3 | 15MAY08 | 15MAY08 | 15MAY08 | 15JUL00 | 01MAR99 |
| F4 | 22JUL07 | 22JUL07 | 01JUL05 | 01JAN99 | 15JUN99 |

5. Section 203(b) of the INA prescribes preference classes for allotment of Employment-based immigrant visas as follows:

**EMPLOYMENT-BASED PREFERENCES**

**First**:  Priority Workers:  28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second**:  Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability:  28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third**:  Skilled Workers, Professionals, and Other Workers:  28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "*Other Workers".

**Fourth**:  Certain Special Immigrants:  7.1% of the worldwide level.

**Fifth**:  Employment Creation:  7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of Pub. L. 102-395.

## A. FINAL ACTION DATES FOR EMPLOYMENT-BASED PREFERENCE CASES

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| Employment-Based | All Chargeability Areas Except Those Listed | CHINA-mainland born | EL SALVADOR GUATEMALA HONDURAS | INDIA | MEXICO | PHILIPPINES | VIETNAM |
|---|---|---|---|---|---|---|---|
| 1st | 15JUL18 | 15MAY17 | 15JUL18 | 01JAN15 | 15JUL18 | 15JUL18 | 15JUL18 |
| 2nd | C | 22JUN15 | C | 15MAY09 | C | C | C |
| 3rd | C | 01NOV15 | C | 01JAN09 | C | 01MAR18 | C |
| Other Workers | C | 01MAR08 | C | 01JAN09 | C | 01MAR18 | C |
| 4th | C | C | 01JUL16 | C | 22JUL17 | C | C |
| Certain Religious Workers | U | U | U | U | U | U | U |
| 5th Non-Regional Center (C5 and T5) | C | 15NOV14 | C | 01JAN18 | C | C | 01DEC16 |
| 5th Regional Center (I5 and R5) | U | U | U | U | U | U | U |

*Employment Third Preference Other Workers Category: Section 203(e) of the Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997, as amended by Section 1(e) of Pub. L. 105–139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW final action date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002. For Fiscal Year 2020 this reduction will be limited to approximately 350.

**B. DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS**

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date <u>earlier than</u> the application date in the chart may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit www.uscis.gov/visabulletininfo for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 5.A.) this month for filing applications for adjustment of status with USCIS.

| Employment-Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | EL SALVADOR GUATEMALA HONDURAS | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|---|
| 1st | C | 01SEP17 | C | 15MAR17 | C | C |
| 2nd | C | 01AUG16 | C | 01JUL09 | C | C |
| 3rd | C | 01MAR17 | C | 01FEB10 | C | C |
| Other Workers | C | 01AUG08 | C | 01FEB10 | C | C |
| 4th | C | C | 15AUG16 | C | C | C |
| Certain Religious Workers | C | C | 15AUG16 | C | C | C |
| 5th Non-Regional Center (C5 and T5) | C | 15MAY15 | C | C | C | C |
| 5th Regional Center (I5 and R5) | C | 15MAY15 | C | C | C | C |

6. The Department of State has a recorded message with the Final Action date information which can be heard at: (202) 485-7699. This recording is updated on or about the tenth of each month with information on final action dates for the following month.

7

B.  DIVERSITY IMMIGRANT (DV) CATEGORY FOR THE MONTH OF DECEMBER

Section 203(c) of the INA provides up to 55,000 immigrant visas each fiscal year to permit additional immigration opportunities for persons from countries with low admissions during the previous five years. The NACARA stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually-allocated diversity visas will be made available for use under the NACARA program.  This will result in reduction of the DV-2020 annual limit to approximately 54,650. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For December, immigrant numbers in the DV category are available to qualified DV-2020 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | 12,000 | Except: Egypt | 6,000 |
| ASIA | 6,000 | Except: Iran | 3,000 |
|  |  | Nepal | 5,000 |
| EUROPE | 8,600 |  |  |
| NORTH AMERICA (BAHAMAS) | 7 |  |  |
| OCEANIA | 800 |  |  |
| SOUTH AMERICA, and the CARIBBEAN | 850 |  |  |

8

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2020 program ends as of September 30, 2020. DV visas may not be issued to DV-2020 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2020 principals are only entitled to derivative DV status until September 30, 2020. DV visa availability through the very end of FY-2020 cannot be taken for granted. Numbers could be exhausted prior to September 30.

C.  THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY IN JANUARY

For January, immigrant numbers in the DV category are available to qualified DV-2020 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | 19,000 | Except: Egypt | 10,000 |
| ASIA | 8,200 | Except: Iran | 5,100 |
| | | Nepal | 6,500 |
| EUROPE | 10,300 | | |
| NORTH AMERICA (BAHAMAS) | 8 | | |
| OCEANIA | 1,200 | | |
| SOUTH AMERICA, and the CARIBBEAN | 1,075 | | |

D. <u>SCHEDULED EXPIRATION OF TWO EMPLOYMENT VISA CATEGORIES</u>

Employment Fourth Preference Certain Religious Workers (SR):

Pursuant to the continuing resolution (H.R. 4378 - Continuing Appropriations Act, 2020, and Health Extenders Act of 2019), signed on September 27, 2019, the non-minister special immigrant program expires on November 21, 2019. No SR visas may be issued overseas or final action taken on adjustment of status cases after midnight, November 20, 2019. Visas issued prior to this date will only be issued with a validity date of November 20, 2019 and all individuals seeking admission as a non-minister special immigrant must be admitted (repeat, admitted) into the U.S. no later than midnight, November 20, 2019.

The final action date for this category has been listed as "Unavailable" for December for all countries.

If there is legislative action extending this category for FY 2020, the final action date would immediately become "Current" for December for all countries except El Salvador, Guatemala, and Honduras, which would be subject to a July 1, 2016 final action date, and Mexico, which would be subject to a July 22, 2017 final action date.


Employment Fifth Preference Categories (I5 and R5):

Pursuant to the continuing resolution (H.R. 4378 - Continuing Appropriations Act, 2020, and Health Extenders Act of 2019), signed on September 27, 2019, the immigrant investor pilot program is extended until November 21, 2019. The I5 and R5 visas may be issued until close of business on November 21, 2019, and may be issued for the full validity period. No I5 or R5 visas may be issued overseas or final action taken on adjustment of status cases after November 21, 2019.

The final action dates for the I5 and R5 categories have been listed as "Unavailable" for December.

If there is legislative action extending the categories for FY 2020, the final action dates would immediately become "Current" for December for all countries except China-mainland born I5 and R5, which would be subject to a November 15, 2014 final action date; India I5 and R5, which would be subject to a January 1, 2018 final action date; and Vietnam I5 and R5, which would be subject to a December 1, 2016 final action date.


E. <u>EMPLOYMENT-BASED VISA AVAILABILTY IN THE COMING MONTHS</u>

In recent weeks there has been a steadily increasing level of Employment-based demand for adjustment of status cases filed with U.S. Citizenship and Immigration Services. Continuation of the current demand pattern would require the establishment of final action dates in the Employment Second, Third, and Third Other Worker preference categories as early as January. Such action would be required in an effort to hold number use within those FY 2020 annual limits.

F.   OBTAINING THE MONTHLY VISA BULLETIN

The Department of State's Bureau of Consular Affairs publishes the monthly Visa Bulletin on their website at www.travel.state.gov under the Visas section. Alternatively, visitors may access the Visa Bulletin directly by going to:

   http://www.travel.state.gov/content/visas/english/law-and-policy/bulletin.html.

To be placed on the Department of State's E-mail subscription list for the "Visa Bulletin", please send an E-mail to the following E-mail address:

**listserv@calist.state.gov**

   and in the message body type:
   **Subscribe Visa-Bulletin**
   *(example:  Subscribe Visa-Bulletin)*

To be removed from the Department of State's E-mail subscription list for the  "Visa Bulletin", send an e-mail message to the following E-mail address:

**listserv@calist.state.gov**

   and in the message body type: **Signoff Visa-Bulletin**

The Department of State also has available a recorded message with visa final action dates which can be heard at:  **(202) 485-7699.** The recording is normally updated on/about the 10th of each month with information on final action dates for the following month.

Readers may submit questions regarding Visa Bulletin related items by
E-mail at the following address:

**VISABULLETIN@STATE.GOV**

(This address cannot be used to subscribe to the Visa Bulletin.)

Department of State Publication 9514
CA/VO: November 8, 2019

11

# EXHIBIT 4

| | |
|---|---|
| **From:** | USCIS |
| **To:** | May Zhang |
| **Subject:** | Your recent inquiry (receipt #WAC-15-901-39250) |
| **Date:** | Wednesday, July 29, 2020 10:32:56 AM |

U.S. Department of Homeland Security
20 Massachusetts Ave
Washington,DC 20529

U.S. Citizenship and Immigration Services
Wednesday, July 29, 2020

Emailed to mzhang@rreeves.com

Dear LIJUN LIU:

On 07/13/2020, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Person who contacted us:
 -- ZHANG, MEIXUAN

Caller indicated they are:
 -- Attorney or Authorized Representative

Attorney Name:
 -- ZHANG, MEIXUAN

Case type:
 -- I526

Filing date:
 -- 01/22/2015

Receipt #:
 -- WAC-15-901-39250

Referral ID:
SR11952003811IPO
Beneficiary (if you filed for someone else):
 -- Information not available

Your USCIS Account Number (A-number):
 -- Information not available

Type of service requested:
 -- Outside Normal Processing Times


The status of this service request is:

Thank you for your inquiry.  USCIS records show the WAC1590139250 was forwarded to the National Visa Center (NVC) on January 30, 2017. Please contact the NVC to determine the status of your immigrant visa.
A request to resend the approved petition to NVC,  was submitted to the appropriate division.

12

Thank You
Immigrant Investor Program Office